IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Leave to File Amended Complaint Pursuant to Fed. R. Civ. P. 15** [Docket No. 23; Filed July 30, 2012] (the "Motion"). The Court notes that Plaintiff complied with its D.C.COLO.LCivR 7.1A. obligations, as it attempted timely conferral with Defendant, and Defendant did not timely respond. *See* [#23] at 1. On June 27, 2012, the Court extended the deadline for joinder of parties and amendment of pleadings to July 30, 2012 [#22]. In consideration of the timely filing of the Motion and the Court's obligation to freely grant leave to amend pursuant to Fed. R. Civ. P. 15(a)(2),

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Clerk's Office is directed to enter the Amended Complaint and Jury Demand located at Docket No. 23-2. Defendant shall answer or otherwise respond to the Amended Complaint as prescribed by the federal rules.

    Also before the Court is **Defendant's Motion for Leave to File its Third-Party Complaint Against Canal Insurance Company** [Docket No. 26; Filed July 30, 2012] (the "Motion"). As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., and is subject to denial on this basis alone. However, in the interest of judicial economy, and in consideration of the timely filing of this Motion,

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. The Clerk's Office is directed to enter Defendant's Third-Party Complaint Against Canal Insurance Company located at Docket No. 26-1. Defendant shall ensure service of the Third-Party Complaint as prescribed by the federal rules.

    Dated: July 31, 2012