IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of Third-Party Defendant Canal Insurance Company's ["Canal"] Motion to Dismiss Hartford Casualty Company's ["Hartford"] Amended Third-Party Complaint Pursuant to Fed.R.Civ.P. 12(b)(6) filed October 30, 2012 (ECF No. 57), Canal's previous motion to dismiss Hartford's original Third-Party Complaint filed On September 27, 2012 (ECF No. 45) is **DENIED AS MOOT**.

    Dated:  November 5, 2012.