IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant and Third Party Plaintiff,

v.

CANAL INSURANCE COMPANY,

    Third Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a disputed discovery issue.

    IT IS HEREBY **ORDERED** that a Telephonic Discovery Hearing is scheduled for **September 9, 2013, at 4:00 p.m.** The parties shall first conference together and then call Chambers at (303) 335-2770 at the designated time.

    IT IS FURTHER **ORDERED** that, **on or before September 5, 2013**, the moving party shall submit to the Court by e-mail (mix_chambers@cod.uscourts.gov): (1) a completed written discovery dispute chart; (2) a copy of the written requests at issue; and (3) a copy of the opposing party's responses to the written requests at issue. No other documents will be reviewed or accepted by the Court prior to the hearing.

    Dated: September 4, 2013