IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

   Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

   Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Stipulation to Dismiss Third-Party Complaint Without Prejudice filed October 24, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation to Dismiss Third-Party Complaint Without Prejudice (ECF No. 123) is **APPROVED**.  The Third-Party Complaint against Canal Insurance Company is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and fees.

   Dated:  November 4, 2013

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Senior United States District Judge