IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for 21 Day Extension of Time to Respond to Defendant's First Set of Written Discovery** [#142][1] (the "Extension Motion") and **Defendant Hartford Casualty Insurance Company's Unopposed Motion to Amend Scheduling Order to Extend the Discovery Cutoff Deadline and for Leave to Take the Deposition of John E. Rodewald on March 12, 2014** [#144] (the "Motion to Amend").  The Motion to Amend is unopposed and in it Defendant states that if the Motion to Amend is granted, the prejudice it would allegedly suffer if the Extension Motion is granted would be eliminated.  *Motion to Amend* [#144] at 2, 5.  Defendant, therefore, does not oppose the Extension Motion [#142] if the Motion to Amend [#144] is granted.  *Id.* at 2.

    IT IS HEREBY **ORDERED** that the Extension Motion [#142] and the Motion to Amend [#144] are **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Order entered on May 3, 2012 [#19], and amended on October 31, 2013 [#60], is further modified to extend the Discovery Deadline to **February 28, 2014**.  Plaintiff's deadline to respond to Defendant's First Set of Written Discovery is extended to **January 27, 2014**.

    IT IS FURTHER **ORDERED** that Mr. Rodewald's deposition may be taken on **March

---

[1] "[#142]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.

1

**12, 2014**, outside of the Discovery Deadline.

Dated:  January 9, 2014