IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order to Reschedule the Final Pretrial Conference and for Leave to Take Plaintiff's Deposition After the Close of Discovery** [#160][1] (the "Motion"). In the Motion, the parties ask the Court to reschedule the Final Pretrial Conference and ask that the deposition of Plaintiff pursuant to Fed. R. Civ. P. 30(b)(6) be taken after the close of discovery at an unspecified time "after the Court issues its ruling" on oral discovery motions raised on February 25, 2014. *See generally Courtroom Minutes/Minute Order* [#158]. The briefing regarding the oral motions will be complete on March 21, 2014. *See id.* at 1. The Court will not grant the requested relief without setting a concrete deadline for the Rule 30(b)(6) deposition of Plaintiff.

    IT IS HEREBY **ORDERED** that the Motion [#160] is **GRANTED in part**. Accordingly,

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for April 28, 2014 at 9:30 a.m. is **VACATED** and **RESET** to **July 14, 2014** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on

---

[1] "[#160]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

or before **July 7, 2014**.  The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov.*

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office.  However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/Home.aspx.**

IT IS FURTHER **ORDERED** that the deposition of Plaintiff pursuant to Fed. R. Civ. P. 30(b)(6) may be taken on or before **May 9, 2014**, outside of the Discovery Deadline.

Dated:  February 28, 2014