IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    In light of Defendant Hartford Insurance Company's Amended Motion for Summary Judgment on Plaintiff Bituminous Casualty Corporation's Second Amended Complaint (ECF No. 162) that was filed in connection with the Second Amended Complaint, Defendant's Motion for Summary Judgment on Plaintiff Bituminous Casualty Corporation's Amended Complaint (ECF No. 115) is **DENIED AS MOOT**.

    Dated:  March 3, 2014.