IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Hartford Casualty Insurance Company's Motion to Compel Plaintiff Bituminous Casualty Corporation to Properly Respond to Hartford's Written Discovery** [#165][1] (the "Motion"). On March 7, 2014 Defendant filed its Amended Motion to Compel Plaintiff Bituminous Casualty Corporation to Properly Respond to Hartford's Written Discovery [#166]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#165] is **DENIED as moot**.

    Dated: March 10, 2014

---

[1] "[#165]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.