IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Leave to Conduct Fed.R.Civ.P. 30(b)(6) Deposition of Plaintiff on May 30, 2014** [#181][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#181] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that, subject to the Court's order on Plaintiff's Motion for Protective Order, *see Courtroom Minutes/Minute Order* [#158] at 1, which is pending, the Fed. R. Civ. P. 30(b)(6) deposition of Plaintiff may be taken on or before **May 30, 2014**, outside of the Discovery Deadline.

    Dated: April 29, 2014

---

[1] "[#181]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.