IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Notice of Settlement** [#212][1].

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for December 11, 2014 at 9:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that Defendant Hartford Casualty Insurance Company's Amended Motion to Compel Plaintiff Bituminous Casualty Corporation to Properly Respond to Hartford's Written Discovery [#166] and Plaintiff's oral Motion for Protective Order Regarding Rule 30(b)(6) Deposition, *see Minute Order* [#184] at 1, are **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **November 15, 2014**.

    Dated: September 16, 2014

---

[1] "[#212]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.