IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

   Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

   Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

   In light of the Notice of Settlement filed in this case on September 16, 2014 (ECF No. 212), Defendant Hartford Casualty Insurance Company's Amended Motion for Summary Judgment on Plaintiff Bituminous Casualty Corporation's Second Amended Complaint filed February 28, 2014 (ECF No. 162) is **DENIED WITHOUT PREJUDICE**.

   Dated:  September 25, 2014