IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-00043-WYD-KLM

BITUMINOUS CASUALTY CORPORATION, an Illinois corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss Action With Prejudice Pursuant to Fed.R.Civ.P. 41(a)(2)(A)(ii) filed December 12, 2014. The Stipulation seeks a dismissal of the case with prejudice pursuant to a settlement that resolves all disputes between the parties. After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 221) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own respective attorney's fees and costs.

Dated: December 12, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge